

# Missouri Court of Appeals
## Southern District

**OCTOBER 8, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33676

   Re:    STATE OF MISSOURI,
           Plaintiff-Respondent,
           vs.
           DONOVAN JAMES OVERBY,
           Defendant-Appellant.